UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| Xavier Ricks,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>Checkr, Inc. and DoorDash, Inc.,<br><br>　　　　　　Defendants. | Case No: 1:25-cv-06115-LJL<br><br>**NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P. § 41(a)(1)(A)(i) AS TO CHECKR, INC.** |

　　Pursuant to F.R.C.P. 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, the Plaintiff and/or plaintiff's counsel, hereby give notice that whereas no party is an infant or incompetent the above-captioned action is voluntarily dismissed without prejudice against Defendant Checkr, Inc. only, with each party to bear its respective attorney's fees and costs.

　　Checkr, Inc. has not served an answer, motion or otherwise appeared in this action.

Dated: September 8, 2025

　　　　　　　　　　　　　　　　　　　　**SANDERS LAW GROUP**

　　　　　　　　　　　　　　　　　　　　By:　　/s/ Nicola C. Richards
　　　　　　　　　　　　　　　　　　　　Nicola C. Richards, Esq.
　　　　　　　　　　　　　　　　　　　　333 Earle Ovington Blvd, Suite 402
　　　　　　　　　　　　　　　　　　　　Uniondale, NY 11553
　　　　　　　　　　　　　　　　　　　　Tel: (516) 203-7600
　　　　　　　　　　　　　　　　　　　　Email: nrichards@sanderslaw.group
　　　　　　　　　　　　　　　　　　　　File No.: 132093
　　　　　　　　　　　　　　　　　　　　*Attorneys for Plaintiff*

Rule 41 addresses dismissal of actions rather than dismissal of parties.  Treating the application as addressed to the Court's power under Rule 15 or Rule 21 or its inherent power, the Court will DISMISS WITHOUT PREJUDICE the complaint as against Defendant Checkr, Inc.  The Clerk of Court is respectfully directed to terminate that party.

SO ORDERED.

/s/ Lewis J. Liman
LEWIS J. LIMAN
United States District Judge

September 9, 2025