UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| Xavier Ricks,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>Checkr, Inc. and DoorDash, Inc.,<br><br>　　　　　Defendants. | Case No: 1:25-cv-06115-LJL<br><br>**NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P. § 41(a)(1)(A)(i)** |

　　Pursuant to F.R.C.P. 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, the Plaintiff and/or plaintiff's counsel, hereby give notice that whereas no party is an infant or incompetent the above-captioned action is voluntarily dismissed without prejudice, with each party to bear its respective attorney's fees and costs.

　　Defendants have not served an answer in this action.

Dated: September 18, 2025

　　　　　　　　　　　　　　　　　　　　　　**SANDERS LAW GROUP**

　　　　　　　　　　　　　　　　　　　　　　By:　*/s/ Laurence Cohen*
　　　　　　　　　　　　　　　　　　　　　　Laurence I. Cohen, Esq.
　　　　　　　　　　　　　　　　　　　　　　333 Earle Ovington Boulevard, Suite 402
　　　　　　　　　　　　　　　　　　　　　　Uniondale, NY 11553
　　　　　　　　　　　　　　　　　　　　　　Tel: (516) 203-7600
　　　　　　　　　　　　　　　　　　　　　　Email: lcohen@sanderslaw.group
　　　　　　　　　　　　　　　　　　　　　　File No.: 132093
　　　　　　　　　　　　　　　　　　　　　　*Attorneys for Plaintiff*